IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 1 5 2017
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | 6:17-CR-8 RC/JDL<br>JUDGE _____ |
| ESAU JAIMES | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

        Violation: 21 U.S.C. § 841(a)(1) (Possession with intent to distribute cocaine)

On or about February 14, 2017, in Smith County, Texas, in the Eastern District of Texas, **Esau Jaimes**, defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. § 853, and 28 U.S.C. § 2461

As the result of committing the foregoing offense alleged in this indictment, defendants herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, and 28 U.S.C. § 2461 any property constituting, or derived from proceeds the person obtained directly or indirectly, as the result of such violation; and any and all personal property used or intended to be used to commit the offense, including but not limited to the following:

**Cash Proceeds**
$50,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the foregoing offenses alleged in this indictment.

**Substitute Assets**
If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant –
    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with a third person;
    (c)    has been placed beyond the jurisdiction of the court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by defendant.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the Defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL,

Date: 2/15/17

_____
FOREPERSON OF THE GRAND JURY

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
ALLEN H. HURST
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 6:17-CR-_____ |
| | § | JUDGE _____ |
| ESAU JAIMES | § | |

### NOTICE OF PENALTY

### Count One

Violation:             21 U.S.C. § 841(a)(1) (Possession with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance)

Penalty:               Imprisonment for a term of not less than 5 years or more than 40 years, a fine not to exceed $5,000,000, or both. A term of supervised release of at least 4 years in addition to such term of imprisonment.

Special Assessment:    $100.00